THE PEOPLE OF THE STATE OF NEW YORK ex rel. SHAUN MCMANUS, Appellant, v MARTIN F. HORN, Commissioner of the New York City Department of Corrections, Respondent.

Submitted January 3, 2012; decided January 5, 2012

Reported below, 77 AD3d 571.

Motion by New York Civil Liberties Union et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and 19 copies filed within seven days.